Date: 07/01/10                    DIVIDENDS REMITTED TO THE COURT           V# 3023                    Page:
                                  Check Number 3023 Dated 07/01/10
                                  Case Number 09-36806 - TUCKER, MALCOM TYRON   # 128646

|  |  | Amount | Amount |
| Creditor | Claim No. | Allowed | Paid |
| --- | --- | --- | --- |
| Premium Asset Recovery Corp<br>Po Box 1810<br>Warren MI 48090<br>  (3-1) 01073381369 | 000003 | 25.00 | 1.37 |
| Joseph Sberna MD<br>885 N Sandusky Ave<br>Upper Sandusky, OH 43351 | 000013 | 50.00 | 2.74 |
| ---------- Remittance Total --------------- |  | 75.00 | 4.11 |

*[signature]*
DOUGLAS A. DYMARKOWSKI, Trustee

FILED 2010 JUL -6 PM 4:03
CLERK, U.S. BANKRUPTCY COURT
TOLEDO, OHIO